**IN THE UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **AMY M SMITH,** | ) | **CHAPTER 7** |
| **DEBTORS/MOVANTS** | ) | **CASE NO:13-10298** |
| | ) | |
| **RETAIL SERVICES/BEST BUY** | ) | |
| **RESPONDENT** | ) | |

**NOTICE OF MOTION TO REDEEM**

Debtor(s) has filed a Motion with the Court seeking permission  to redeem personal property under section 722.

 **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the motion, or if you wish the Court to consider your views on the motion, you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received before the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to the pleadings.

If a timely request is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the court will decide that you do not oppose the relief sought in the Motion and will enter an order granting it.

Dated this _27TH day of March, 2013.

S/Angela McElroy-Magruder_____
Angela McElroy-Magruder
GA Bar No. 113625

Claeys, McElroy-Magruder & Associates
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| **AMY M SMITH,** | ) | **Case No. 13-10298** |
| **DEBTORS/MOVANTS** | ) | |

## MOTION TO REDEEM PROPERTY UNDER SECTION 722

COME NOW the Debtors, AMY M SMITH, by and through counsel, and state the following:

1.

Prior to the Debtor filing Chapter 7, RETAIL SERVICES/BEST BUY  financed personal property.

2.

That the above referenced property is tangible personal property intended primarily for personal, family and household use of the debtors and the debtors' family.

3.

Debtor converted to a  Chapter 7 Bankruptcy in the United States Bankruptcy Court, Southern District of Georgia; Augusta Division on or about February 17, 2013.

4.

That the above referenced property is exempted collateral.

5.

Debtor contends that the value of the above referenced collateral is $10.00.

6.

That pursuant to 11 U.S.C. 722, the debtor desires to redeem such property from the lien of the creditor by paying to the creditor $10.00.

WHEREFORE, the Debtor moves this honorable court to schedule a hearing on notice as provided in the Bankruptcy Rule 6008 and thereafter enter an order fixing the amount of the creditor's lien on the property described in paragraph 1 above at $10.00, and permit the debtor to redeem the above described property by paying to said creditor the sum of $10.00.

DATED this 27th_ day of March, 2013.


s/Angela McElroy-Magruder ___

Angela McElroy – Magruder

Attorney for the Debtor

Claeys, McElroy–Magruder
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Motion to Redeem, along

with the Notice on Motion to Redeem, by placing same in the United States Mail with proper postage

affixed thereon to insure delivery, addressed as follows:

RETAIL SERVICES/BEST BUY
ATTN: Servicing Agent/Officer
P.O. Box 5893
Carol Stream IL 60197

United States Trustee
Johnson Square Business Center
2E Bryan Street, Ste 725
Savannah, Georgia 31401

Chapter 7 Trustee
A Stephenson Wallace
Post Office Box 14308
Augusta GA 30919

This 27th day of March, 2013.

S/Angela McElroy-Magruder
Angela McElroy-Magruder
Georgia Bar # 113625

CLAEYS, MCELROY-MAGRUDER
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000