IN THE UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                )
AMY M SMITH,                          )        CHAPTER 7
    DEBTORS/MOVANTS            )        CASE NO: 13-10298

## ORDER

No Response having been filed; and it appearing to the court that the Creditor having been served with copies of said motion; and,

This Court having been informed of the following:

Prior to the Debtor filing Chapter 7, RETAIL SERVICES/BEST BUY financed personal property. That the above referenced property is tangible personal property intended primarily for the personal, family and household use of the debtors and the debtor's family.

Debtor filed a Chapter 7 Bankruptcy in the United States Bankruptcy Court, Southern District of Georgia; Augusta Division on or about February 17, 2013 . That the above referenced property has been abandoned under Section 544 of this title. Debtor contends that the value of the above referenced collateral is $10.00.

That pursuant to 11 U.S.C. 722, the debtor desires to redeem such property from the lien of the creditor by paying to the creditor $10.00 immediately.

Once said amount of money is paid to the Creditor, the lien of the creditor is ordered released.

IT IS SO ORDERED this _____ day of _____, 2013.

_____
Susan D Barrett., Chief Judge
United States Bankruptcy Court

Presented by
Angela McElroy-Magruder
Attorney for Debtor
CLAEYS, MCELROY-MAGRUDER
512 Telfair Street
Augusta, Georgia 30901
(706)724-6000